UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CARLOS PORTILLO,<br><br>             Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>             Defendant. | CASE NO. CV 13-6448-RGK (PJW)<br><br>ORDER ACCEPTING REPORT AND<br>RECOMMENDATION OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Defendant has objected.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: August 27, 2014

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\13-6448 194 case Order adop r&r.wpd