UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO CARLOS PORTILLO,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | Case No. CV 13-6448-RGK (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the action is remanded to the Agency for further consideration.

DATED: August 27, 2014

                                                R. GARY KLAUSNER<br>                                               UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\13-6448 194 case J adop r&r.wpd