1  James M. Dolenga
   California Bar No. 174447
2  609 Deep Valley Drive
   Suite 200
3  Rolling Hills Estates, CA 90274
   (866) 772-5299
4
   Attorney for Plaintiff
5
   STEPHANIE YONEKURA
6  Acting United States Attorney
   LEON W. WEIDMAN
7  Assistant United States
   Chief, Civil Division
8  Jean M. Turk CA State Bar No.: 131517
   Special Assistant United States Attorney
9  Assistant Regional Counsel
   Social Security Administration, Region IX

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO CARLOS PORTILLO, | Case No.: 2:13-cv-06448 PJW |
| Plaintiff, | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:   November 13, 2014

_____
THE HONORABLE PATRCIK J. WALSH
UNITED STATES MAGISTRATE JUDGE

-1-